IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER, | 1:12-cv-00353-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 19.) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR REMAND (Doc. 9.) |
| Defendants. | THIRTY DAY DEADLINE FOR REMOVING DEFENDANTS TO SUBMIT DOCUMENTS AS INSTRUCTED BY THIS ORDER |
| _____/ | |

Charles A. Miller ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for remand, filed on March 21, 2012, be denied, and that the Removing Defendants – defendants Adonis, Griffith, Gutierrez, Igbinosa, Medina, and Mendez – be required to submit to the Court copies of all of the documents served upon them during service of process in the state action and before the notice of removal was filed on March 8, 2012. (Doc. 19.) The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. To date, neither party has filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 26, 2012, are ADOPTED in full;
2. Plaintiff's motion for remand, filed on March 21, 2012, is DENIED;
3. Within thirty days of the date of service of this order, the Removing Defendants – defendants Adonis, Griffith, Gutierrez, Igbinosa, Medina, and Mendez – are required to submit to the Court copies of all of the documents served upon them during service of process in the state action and before the notice of removal was filed on March 8, 2012; and
4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   December 6, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE