UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | 1:12-cv-00353-DAD-EPG-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS DATED OCTOBER 13, 2016<br><br>(ECF No. 62) |

　　　The Court hereby VACATES contained in the Findings & Recommendations dated October 13, 2016 in its entirety.  The Court will issue new Findings and Recommendations in short order.

IT IS SO ORDERED.

　Dated:　**December 20, 2016**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE