UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | 1:12-cv-00353-DAD-EPG-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL RULINGS AS MOOT<br><br>(ECF No. 59) |

　　On July 13, 2016, Charles A. Miller ("Plaintiff") filed an ex parte application for Judicial Rulings and/or Determination(s) on Three Pending Law/Motion Matters; with Request for Court to Take Judicial Notice of U.S. District Court, Northern District of California, "PLRA Screening Order" In Related Case No. 3:16-cv-02431-EMC Filed 6/22/16 (ECF No. 59) Plaintiff lists motions pending at the time of filing that required orders and asked for prompt rulings.

\\\

\\\

\\\

\\\

1

Since Plaintiff filed his motion, the Court has attended to the outstanding motions, so Plaintiff's motion for rulings is now DENIED as moot.

IT IS SO ORDERED.

Dated: **January 9, 2017**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE