UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. ADONIS et al.,<br><br>　　　　Defendants. | No. 1:12-cv-00353-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br>(Doc. Nos. 67) |

Plaintiff Charles A. Miller is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2017, the assigned magistrate judge entered findings and recommendations, recommending that this action proceed: (1) against defendants Medina, Chudy, and Frederichs for deliberate indifference to serious medical needs in violation of the Eighth Amendment; (2) against defendant Medina under the Bane Act; and (3) against defendants Eddings and Walker for retaliation in violation of the First Amendment, as well as for violation of the Bane Act. (Doc. No. 67.) The assigned magistrate judge further recommended that all other claims and defendants be dismissed from this action. (*Id*.) The findings and recommendations were served on the

parties and contained notice that objections thereto were to be filed within thirty days. (*Id.*) On February 10, 2017, plaintiff timely filed objections. (Doc. No. 68.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the matter. Having carefully reviewed the entire file, including plaintiff's objections, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The January 9, 2017 findings and recommendations (Doc. No. 67) are adopted in full;
2. This action shall proceed on the following claims:
    a. A claim of deliberate indifference under the Eighth Amendment, against defendants Medina, Chudy, and Frederichs;
    b. A claim under the Bane Act against defendant Medina; and
    c. Claims for retaliation under the First Amendment and the Bane Act, against defendants Eddings and Walker;
3. All remaining claims and defendants are dismissed from this action. Specifically, all of plaintiff's other federal claims alleged in his third amended complaint are dismissed with prejudice, and all other state claims are dismissed without prejudice but without further leave to amend.

IT IS SO ORDERED.

Dated: **May 15, 2017**

UNITED STATES DISTRICT JUDGE