UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>M. ADONIS, et al.,<br><br>        Defendants. | Case No. 1:12-cv-00353-DAD-EPG (PC)<br><br>ORDER DIRECTING PRISON TO MAKE PRISONER AVAILABLE FOR MANDATORY CONFERENCE IN CIVIL RIGHTS ACTION |

The Court has set a mandatory telephonic discovery conference has been set for September 25, 2017 at 3:00 p.m. in the above-titled action. Accordingly, the Court ORDERS as follows:

1. Correctional Training Facility (CTF) Soledad shall make Plaintiff, Charles A. Miller, available for the mandatory telephonic conference at the date indicated above;
2. Defense counsel in this case shall confirm that arrangements have been made for Plaintiff's attendance; and
3. The Clerk is directed to send a copy of this order to the litigation coordinator at the prison.

IT IS SO ORDERED.

   Dated:   **September 13, 2017**        /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE