XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 324-5205
  E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Chudy, Eddings,
Friederichs, Medina, and Walker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES A. MILLER,** <br><br> Plaintiff, <br><br> v. <br><br> **M. ADONIS, et al.,** <br><br> Defendants. | No. 1:12-cv-00353 DAD-EPG <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS EDDINGS AND WALKER WITH PREJUDICE AND ORDER** <br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br> Judge: Hon. Dale A. Drozd <br> Trial Date: August 6, 2019 <br> Action Filed: June 15, 2010 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles A. Miller and Defendants Eddings and Walker, by and through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice as against Defendants Eddings and Walker only.

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, attorney's fees, or expenses.

IT IS SO STIPULATED.

Dated: January 24, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: January 30, 2018

*/s/ Charles A. Miller*

CHARLES A. MILLER
*Plaintiff Pro se*

**ORDER**

Based upon the parties' stipulation (ECF No. 92), Defendants Eddings and Walker have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk is directed terminate Defendants Eddings and Walker on the docket sheet. Plaintiff's case now proceeds against Defendants Chudy, Medina and Frederichs.

IT IS SO ORDERED.

Dated: **February 8, 2018**        /s/ *Eric P. Groj*
                                   UNITED STATES MAGISTRATE JUDGE