1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7320
6   Facsimile:  (916) 324-5205
    E-mail:  Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants Chudy, Friederichs, and*
8  *Medina*

9             IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    FRESNO DIVISION

12

13

| | |
|---|---|
| **CHARLES A. MILLER,** | No. 1:12-cv-00353 DAD-EPG |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT FRIEDERICHS WITH PREJUDICE AND ORDER** |
| v. | |
| **M. ADONIS, et al.,** | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | Judge:         Hon. Dale A. Drozd<br>Trial Date:    August 6, 2019<br>Action Filed:  June 15, 2010 |

20

21

        Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles A. Miller and

22

Defendant Friederichs, by and through his counsel of record, stipulate to the voluntary dismissal

23

of this action with prejudice as against Defendant Friederichs only.

24  / / /

25  / / /

26  / / /

27  / / /

28

                              1

1

2      Each party is to bear his own costs, attorney's fees, or expenses.

3          IT IS SO STIPULATED.

4

5   Dated:  April 3, 2018                          Respectfully submitted,

6                                                  XAVIER BECERRA
                                                   Attorney General of California
7                                                  CHRISTOPHER J. BECKER
                                                   Supervising Deputy Attorney General
8

9                                                  */s/ Diana Esquivel*

10                                                 DIANA ESQUIVEL
                                                   Deputy Attorney General
11                                                 *Attorneys for Defendants*

12

13  Dated:  April 3, 2018                          */s/ Charles A. Miller*

14                                                 CHARLES A. MILLER
                                                   *Plaintiff Pro se*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the parties' stipulation, Defendant Friederichs is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk is directed terminate Defendant Friederichs on the docket sheet. Plaintiff's case now proceeds against Defendants Chudy and Medina.

IT IS SO ORDERED.

Dated: __**April 5, 2018**__        /s/ *Eric P. Grojn*
                                 UNITED STATES MAGISTRATE JUDGE