UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER, | Case No. 1:12-cv-00353-DAD-EPG (PC) |
| Plaintiff, | ORDER MODIFYING SCHEDULE |
| v. | (ECF NOS. 89 & 105) |
| M. ADONIS, et al., | |
| Defendants. | |

On May 3, 2018, the parties filed a stipulation to extend certain deadlines. (ECF No. 105). The Court will extend the deadlines pursuant to the stipulation. As these deadlines are being extended, the Court will also continue the Telephonic Trial Confirmation Hearing, Trial, and related deadlines.

Accordingly, the deadlines are modified as follows:

1. The Expert Disclosure Deadline is August 23, 2018.
2. The Rebuttal Expert Disclosure Deadline is September 27, 2018.
3. The Expert Discovery Cutoff is October 18, 2018.
4. The Dispositive Motion Filing Deadline is November 15, 2018. Opposition(s), if

any, must be filed on or before December 25, 2018.

5. Motions for the attendance of incarcerated witnesses, if any, must be filed on or before July 30, 2019. Opposition(s), if any, must be filed on or before August 30, 2019.

6. If Plaintiff wishes to have the United States Marshals Service serve any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the Court no later than August 30, 2019. In order to ensure timely submission of the money orders, Plaintiff must notify the Court of the names and locations of his witnesses no later than July 30, 2019.

7. Plaintiff's pretrial statement is due on or before July 30, 2019.

8. Defendants' pretrial statement is due on or before August 30, 2019.

9. The Telephonic Trial Confirmation Hearing is set for September 30, 2019, at 2:30 p.m.

10. The Trial is set for December 3, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **May 7, 2018**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE