1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11

12    CHARLES A. MILLER,                     Case No. 1:12-cv-00353-DAD EPG

13                  Plaintiff,              **ORDER GRANTING DEFENDANTS'
                                            REQUEST TO SEAL DOCUMENTS**
14            v.

15

16    M. ADONIS, *et al.*,

17                  Defendants.

18         This matter comes before the Court on Defendants' Request to Seal Documents pursuant to

19    Civil Local Rules 140 and 141. (ECF No. 123). Upon consideration of the Request, the papers

20    submitted in support thereto, and good cause appearing, the Request is GRANTED.

21         Accordingly, Defendants are permitted to file the following documents under seal:

22         • Exhibit 1 to the Declaration of E. Galvan in support of Defendants' Request to Seal

23           Documents (photographs of CTF).

24         • Exhibit 1 to the Declaration of S. Gates in support of Defendants' Request to Seal

25           Documents (the Confidential Administrative File for CDC Form 602 HC,

26           Inmate/Patient Health Care Appeal, Log No. CTF-09-13540).

27

28

1        Defendants must email the documents to be filed under seal to

2    ApprovedSealed@caed.uscourts.gov.  Only the parties' counsel of record, the Court and its staff

3    shall have access to the seal documents.

4

5    IT IS SO ORDERED.

6        Dated:   **November 19, 2018**             /s/ *Erica P. Grosjean*

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28