UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>M. ADONIS, et al.<br><br>　　　　　Defendants. | Case No. 1:12-cv-00353 DAD EPG (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on September 4, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Charles Miller, Pro Se

　(  ) Warden or warden's representative

　( X ) Office of the California Attorney General, Allison Low and Anne Waddell

　(  ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　( X ) The case has been completely settled. The court will retain administrative jurisdiction.

　(  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

　(  ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge
Sitting By Designation