UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>M. ADONIS, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00353-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF NO. 155) |

On September 4, 2019, Plaintiff Charles A. Miller and Defendants filed a stipulation for the voluntary dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 155.) In light of the parties' stipulation and dismissal of this action, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

 Dated: **September 6, 2019**     /s/ Erica P. Grosjean
                  UNITED STATES MAGISTRATE JUDGE

1